# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>AGILE SPORTS TECHNOLOGIES, INC., d/b/a HUDL,<br><br>                  Defendant. | Case No. 8:18-cv-35<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GroupChatter, LLC ("GroupChatter") and Agile Sports Technologies, Inc. d/b/a Hudl ("Hudl") hereby stipulate and jointly move, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), for dismissal of all claims between GroupChatter and Hudl with prejudice with each party to bear its own costs, expenses and attorneys' fees.

Dated November 29, 2018           Respectfully submitted,

| | |
|---|---|
| Jennifer Tatum Lee - *pro hac vice*<br>Email: jennifer@connorkudlaclee.com<br>Cabrach J. Connor - *pro hac vice*<br>Email: cab@connorkudlaclee.com<br>**CONNOR KUDLAC LEE PLLC**<br>609 Castle Ridge Road, Suite 450<br>Austin, Texas 78746<br>512.777.1254 (main)<br>888.587.1134 (fax)<br><br>        and | By: */s/ Mary Ann Novak*<br>Michael T. Hilgers - #24483<br>mhilgers@hilgersgraben.com<br>Mary Ann Novak - #24851<br>mnovak@hilgersgraben.com<br>**HILGERS GRABEN PLLC**<br>575 Fallbrook Blvd., Suite 202<br>Lincoln, NE 68521<br>(402) 218-2106<br>(402) 413-1880 (fax)<br>**ATTORNEYS FOR DEFENDANT** |

1

By: */s/ Justin D. Eichmann*
Justin D. Eichmann - #22405
Keith A. Harvat - #21008
**HOUGHTON BRADFORD WHITTED PC LLO**
6457 Frances Street, Suite 1800
Omaha, Nebraska 68106
(402) 344-4000
(402) 930-1099 Fax
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification to the following CM/ECF user:

>   Michael T. Hilgers
>   mhilgers@hilgersgraben.com
>   Mary Ann Novak
>   mnovak@hilgersgraben.com
>   Hilgers Graben PLLC
>   575 Fallbrook Blvd., Suite 202
>   Lincoln, NE 68521

/s/ Justin D. Eichmann

2