# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GROUPCHATTER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AGILE SPORTS TECHNOLOGIES, INC., d/b/a HUDL,<br><br>Defendant. | Case No. 8:18-cv-35<br><br>**ORDER** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulated Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) by GroupChatter, LLC ("GroupChatter") and Agile Sports Technologies, Inc. d/b/a Hudl ("Hudl").

IT IS ORDERED that all claims between GroupChatter and Hudl are DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and expenses.

Dated this 29 day of November, 2018.

BY THE COURT:

_____